## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff**,

v.

WILFRED LOZADA-CHEVERE

**Defendant(s).**

**Case No. 3:23-cr-00113 (FAB)**

## ORDER

The Report and Recommendation filed on April 3, 2023, ECF No. 9 on defendant's Rule 11 proceeding held before Magistrate Judge Marshal D. Morgan on March 21, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Information. Accordingly, the guilty plea of defendant as to count 1 of the Information is accepted.

**Sentencing hearing remains set for June 21, 2023 at 9:00 a.m. in Old San Juan Courtroom 6, First Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of May 2023.

s/*Francisco A. Besosa*
FRANCISCO A. BESOSA
Senior United States District Judge